UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AKO HASSAN NEJAD | ] | |
|     Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:14-0818 |
| | ] | Judge Campbell |
| CHARLES W. CARPENTER, Warden | ] | |
|     Respondent. | ] | |

## O R D E R

Presently before the Court is respondent's Motion to Manually File CD Exhibit (Docket Entry No.13).

Respondent's Motion is hereby GRANTED.

It is so ORDERED.

*Todd Campbell*
Todd Campbell
United States District Judge