UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AKO HASSAN NEJAD ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:14-0818 |
| ] | Judge Campbell |
| CHARLES W. CARPENTER, Warden ] | |
|     Respondent. ] | |

**O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in the petitioner's application for habeas corpus relief (Docket Entry No. 1). Consequently, the petition for writ of habeas corpus is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has been unable to make a substantial showing of the denial of a constitutional right.

Entry of this order shall constitute the final judgment in this action.

It is so ORDERED.

                                                Todd Campbell
                                              United States District Judge